# EXHIBIT 1

ORIGINAL

FILED
Superior Court of California
County of Los Angeles

JUN 12 2018

Sherri R. Carter, Executive Officer/Clerk
By_____ Deputy
Shaunya Bolden

Evan D. Williams (BAR NO. 297538)
**The Law Office of Evan D. Williams**
19069 Van Buren Blvd.
Suite 114-230
Riverside, California 92508
Telephone: (951) 888-2095
Email: evan@ewilliamslegal.com.com
Attorney for Plaintiffs

# SUPERIOR COURT OF CALIFORNIA

# COUNTY OF LOS ANGELES

BC 709835

| | |
|---|---|
| MICHAEL MACHANICH, an individual; SHERRI MICHELENA, an individual; KERWIN WILLIAMS, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> BRUCE P. GREGO, an individual; Does 1-10, inclusive. <br><br> Defendants. | CASE NO. <br><br> **Complaint for:** <br><br> 1) Breach of Contract <br> 2) Fraud in the Inducement <br> 3) Professional Negligence <br><br> **REQUEST FOR JURY TRIAL** |

BY FAX

Plaintiffs Michael Machanich, Sherri Machanich, and Kerwin Williams (hereinafter 'Plaintiffs") file this Complaint against Defendants Bruce P. Grego and DOES 1-10, and allege as follows:

## JURISDICTION AND VENUE

1. The transactions and events which give rise to this complaint occurred with the County of Los Angeles, State of California; therefore venue is proper and this Court has jurisdiction over this claim pursuant to California Code of Civil Procedure 395.

## THE PARTIES

2. Plaintiffs Michael Machanich and Sherri Machanich are individuals who are now, and were at all times herein, residents of the State of Nevada.

3. Plaintiff, Kerwin Williams is an individual who is now, and was at all times herein, a resident of the State of Georgia.

4. Defendant Bruce P. Grego ("hereinafter Defendant") upon information and belief, is now and at all times mentioned herein was, an individual, and an attorney, licensed by the State Bar of California, doing business in the city of South Lake Tahoe, County of El Dorado, State of California.

5. Various others, presently unknown to Plaintiffs, participated as co-conspirators with defendant in the violations of law alleged in this Complaint and have engaged in this conduct and made statements in furtherance thereof. DOES 1-10 are individuals, and participated in this activity which is the subject of this action, as alleged in this Complaint. Plaintiff does not know the true names and capacities of the defendants named in this action as DOES 1-10, and therefore sues them under fictitious names. Plaintiff will request permission to amend this Complaint to state the true names and capacities of these fictitiously named defendants when they ascertain them. Plaintiff is informed and believes that these fictitiously named defendants are legally responsible in some manner for the actions and omissions set forth below, and therefore are liable to her for the relief requested.

6. Plaintiff is informed and believes, that at all times herein mentioned each of the defendants was the agent, servant, employee, and/or co-conspirator of each of the other defendants, and, in doing the acts hereinafter alleged, was acting within the course of their authority as such an agent, servant, employee, and/or co-conspirator with the permission and consent of

their co-defendants, and further, that the defendants, and each of them, have authorized, ratified, and approved each of the acts of the other defendants with full knowledge of those acts.

## FACTUAL BACKGROUND

7. Plaintiffs were shareholders of Worker's Compensation Solution, LLC (hereinafter "WCS").

8. In that capacity, Plaintiffs contacted Defendant, Bruce P. Grego (hereinafter "GREGO") and requested that GREGO serve as counsel for WCS.

9. Grego agreed to representation in a number of matters including before the United States District Court, Central District of California in Workers Compensation Solutions v. Steven Siemers (Case Number 2:15-cv-04934) and the Superior Court of California, County of San Francisco in Workers Compensation Solutions LLC v. Daniel Romanski (Case Number CGC-15-544871)

10. As a condition of this agreement, GREGO promised to provide Plaintiffs with billing statements which met the requirements of the insurance carrier in order to ensure that they would repaid for any out of pocket costs.

11. Over the course of GREGO's representation of WCS, Plaintiffs personally paid attorney's fees in excess of $140,000.

12. GREGO was replaced as counsel for WCS on June 6, 2016.

13. Once GREGO was replaced as counsel, Plaintiffs requested that GREGO prepare billing statements which met the guidelines of their insurance carrier, as was previously agreed.

14. GREGO failed to act according the agreement and has not provided the Plaintiff's with proper billing statements.

15. GREGO was aware that his failure to provide statements would result in Plaintiffs loss in excess of $140,000, but he still failed to follow his responsibilities according to his agreement with Mr. Machanich.

16. Plaintiffs were damaged as a result of GREGO's failure.

## FIRST CAUSE OF ACTION
### Breach of Contract

17. Plaintiff re-alleges and incorporates by reference each and every allegation set forth in Paragraphs 1-16 above.

18. Plaintiff re-alleges and incorporates by reference each and every allegation set forth in paragraphs 1-21 above.

19. GREGO entered into a contract with Plaintiffs.

20. Plaintiffs did all, or substantially all, of the significant things that the contract required it to do.

21. As a result of GREGO's failure to follow proper billing format, Plaintiffs were harmed.

22. GREGO's failure to provide bills in the proper format was a substantial factor in causing that harm.

## SECOND CAUSE OF ACTION
### Fraud in the Inducement

23. Plaintiff re-alleges and incorporates by reference each and every allegation set forth in Paragraphs 1-22 above.

24. GREGO represented to Plaintiffs that he was willing to provide attorney billing statements in the format required to allow him to receive repayment for his services by their insurance carrier.

25. GREGO's representations were false and knew they were false when they were made.

4

26. GREGO made such representations knowing that Plaintiffs would not have agreed to enter into a attorney-client relationship without those representations, and intended for Plaintiffs to rely on those representations

27. Plaintiffs reasonably relied on those representations.

28. Plaintiffs would not have entered into this agreement if it was aware that those representations were false.

29. Plaintiffs were each harmed, and the reliance on GREGO's representation was a substantial factor in causing the harm.

### THIRD CAUSE OF ACTION
### Professional Negligence

30. Plaintiff re-alleges and incorporates by reference each and every allegation set forth in paragraphs 1-29 above.

31. GREGO entered into an attorney-client relationship with Plaintiffs.

32. As a result of that result of that relationship, GREGO had a duty to avoid taking actions which would harm his clients.

33. GREGO violated that duty, by failing to provide bills in the proper format.

34. As a result of that omission, Plaintiffs were harmed.

35. GREGO'S omission was a substantial factor in bringing about the harm.

## PRAYER FOR RELIEF

Wherefore, Plaintiffs, Michael Machanich, Sherri Machanich, and Kerwin Williams pray for relief against the Defendants as follows:

1. For Actual Damages, in the amount of $140,000;
2. For Punitive Damages, in the amount of $400,000;
3. For all costs and expenses, including attorney's fees;
4. For prejudgment interest at the maximum legal rate;
5. For any further relief that the Court may deem proper.

Dated : 6/11/18

The Law Office of Evan D. Williams

_____
Evan D. Williams
Attorney for Plaintiffs

6

## VERIFICATION

I, Evan D. Williams, declare:

I am the attorney for the Plaintiffs Michael Machanich, Sherri Machanich, and Kerwin Williams in this action. I have read the foregoing Verified Complaint. I am informed and believe that the matters stated therein are true. On that ground I alleged that the matters stated therein are true. I further declare that all Plaintiffs are absent from the county in which I have my office.

I declare under the penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed this 11th Day of June, 2018, in Riverside, California.

_____
Evan D. Williams