1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL MACHANICH, an individual; SHERRI MICHELENA, an individual; KERWIN WILLIAMS, an individual,<br><br>           Plaintiffs,<br><br>      vs.<br><br>BRUCE P. GREGO, an individual; Does 1-10, inclusive.<br><br>           Defendants. | CASE NO. 2:18-cv-07517-DSF-JC<br><br>**ORDER ON STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT PENDING RULING ON PLAINTIFFS' MOTION TO REMAND**<br><br>[*Filed concurrently with Proposed Order*]<br><br>Trial Date:     None Set |

4829-4355-9799.1

CASE NO. 2:18-cv-07517-DSF-JC
ORDER ON
STIPULATION TO EXTEND TIME

The Court, having reviewed the stipulation of Plaintiffs MICHAEL MACHANICH, SHERRI MACHANICH, and KERWIN WILLIAMS ("Plaintiffs"), on the one hand, and Defendant BRUCE P. GREGO ("Defendant"), on the other hand, regarding an extension of time to respond to Plaintiffs' Complaint pending a ruling on Plaintiffs' Motion to Remand, hereby rules as follows:

Defendant shall have fourteen (14) calendar days from the Court's issuance of a ruling on Plaintiffs' Motion to Remand, presently set for hearing on October 29, 2018 at 1:30 p.m., to respond to Plaintiffs' Complaint should a response in this Court be necessary.

**IT IS SO ORDERED**.

DATED: October 12, 2018

DALE S. FISCHER
United States District Judge